**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| LIDELY MOREL, | : | Chapter 7 |
| | : | |
| Debtors | : | Bankruptcy No: 24-12980 |

## O R D E R

*AND NOW*, upon consideration of the Motion of the Debtor to Extend the Deadlines for schedules and matrix, it is ***ORDERED*** that the Debtor must file the required documents by September 20, 2024.

*BY THE COURT:*

Dated: 9/5/24

*/s/ Patricia M. Mayer*
_____
**PATRICIA M. MAYER,**
*U.S. BANKRUPTCY JUDGE*