# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Lidely D. Morel**
Debtor(s)

Case No. **24-12980**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 23, 2024**

**/s/ Lidely D. Morel**
**Lidely D. Morel**
Signature of Debtor