United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-12980-pmm
Lidely D. Morel     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 1
Date Rcvd: Oct 30, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

**Recip ID**     **Recipient Name and Address**
db     + Lidely D. Morel, 148 West Greenwich Street, Reading, PA 19601-2744

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

**Name**     **Email Address**

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net J100@ecfcbis.com

CHRISTINE C. SHUBERT
    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

JOSEPH T. BAMBRICK, JR.
    on behalf of Debtor Lidely D. Morel NO1JTB@juno.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
LIDELY MOREL                                    Chapter 7
                                                Case No. 24-12980-PMM
            Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION
UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

AND NOW, this 30th day of October 2024, upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, BAMBRICK, JR., JOSEPH T., Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to January 22, 2025.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to January 22, 2025..

/s/ BAMBRICK, JR., JOSEPH T.

BAMBRICK, JR., JOSEPH T., Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

**Date: October 30, 2024**

_Patricia M. Mayer_
Honorable PATRICIA M. MAYER
United States Bankruptcy Judge