United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12980-pmm |
| Lidely D. Morel | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 25, 2024 | Form ID: 139 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lidely D. Morel, 148 West Greenwich Street, Reading, PA 19601-2744 |
| 14919596 | + | Cavalry SPV I, LLC/Citi Bank/Home Depot, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 14919599 | + | GAP, Barclays Bank, Dept 922, PO Box 4115, Concord, CA 94524-4115 |
| 14919603 | | Parking Authority, PO Box 80239, Indianapolis, IN 46280-0239 |
| 14919604 | + | PennyMac, PO Box 51487, Los Angeles, CA 90051-6314 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 26 2024 00:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 26 2024 00:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14919593 | ^ | MEBN | Nov 26 2024 00:14:51 | Acima, 5501 headquarters Dr, Plano, TX 75024-5837 |
| 14919594 | | EDI: WFNNB.COM | Nov 26 2024 05:16:00 | Boscovs/Comenity, PO Box 659622, San Antonio, TX 78265 |
| 14919595 | | EDI: CAPITALONE.COM | Nov 26 2024 05:16:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14919598 | | EDI: DISCOVER | Nov 26 2024 05:16:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14919600 | | Email/Text: customerservice.us@klarna.com | Nov 26 2024 00:17:00 | Klarna Inc, 629 N. High Steet Suite 300, Columbus, OH 43215 |
| 14919601 | + | EDI: SYNC | Nov 26 2024 05:16:00 | Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14919602 | ^ | MEBN | Nov 26 2024 00:15:00 | Old Navy, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14922372 | ^ | MEBN | Nov 26 2024 00:14:48 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14919605 | | EDI: G2RSPSECU | Nov 26 2024 05:16:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14919605 | | Email/Text: bankruptcynotices@psecu.com | Nov 26 2024 00:17:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14919606 | + | EDI: WTRRNBANK.COM | Nov 26 2024 05:16:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14919609 | | EDI: WFFC2 | Nov 26 2024 05:16:00 | Wells Fargo, PO Box 77053, Minneapolis, MN |

55480-7753

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14919597 | | Childens Place |
| 14919607 | | TD BANK USA |
| 14919608 | | Visions |
| 14919610 | | zzounds |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Lidely D. Morel NO1JTB@juno.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Lidely D. Morel
148 West Greenwich Street
Reading, PA 19601

Debtor(s)

Case No: 24−12980−pmm

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−0991

___

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 2/24/25

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 11/25/24

27
Form 139