Certificate Number: 12433-PAE-DE-039133092

Bankruptcy Case Number: 24-12980



12433-PAE-DE-039133092

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 6, 2024, at 2:25 o'clock PM EST, Lidely Delalba Morel completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 6, 2024                By:     /s/Candace Jones

                                        Name:   Candace Jones

                                        Title:  Counselor