IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| LIDELY D. MOREL | : | BANKRUPTCY NO. 24-12980 (PMM) |
| | : | |
| **Debtor** | : | |
| | : | |

**NOTICE OF ANNUAL RATE INCREASE OF KARALIS PC
AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

**PLEASE TAKE NOTICE** that, Karalis PC, counsel to the Chapter 7 Trustee in the above-captioned case, hereby provides notice of the following revised hourly rates effective as of January 1, 2025.

| Title | Hourly Rate Range |
|---|---|
| Partner | $525.00 to $675.00 |
| Of Counsel | $575.00 |
| Associate | $300.00 to $325.00 |
| Paralegal | $180.00 |

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Counsel to the Chapter 7 Trustee*

Dated: January 7, 2025