# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE C. SHUBERT : | CASE NO. 24-12980 |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| MANUEL M. MOREL, : | |
| *Defendant* : | |

## WITHDRAWAL OF APPEARANCE

I, **Joseph T. Bambrick, Jr., Esquire** hereby withdraw my answer for the Defendant, **MANUEL M. MOREL** in the above matter.

*Joseph T. Bambrick, Jr., Esquire*
*Attorney ID 45112*
*529 Reading Avenue*
*West Reading, PA  19611*
*610-372-6400*
*610-372-9483 (fax)*
*no1jtb@aol.com*