# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE C. SHUBERT | : | CASE NO.  24-12980 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| MANUEL M. MOREL, | : | |
| Defendant | : | ADVERSARY NO. 24-00147 |

## *WITHDRAWAL OF ANSWER*

I, ***Joseph T. Bambrick, Jr., Esquire*** hereby withdraw my answer for the Defendant, **MANUEL M. MOREL** in the above matter.

_____
*Joseph T. Bambrick, Jr., Esquire*
*Attorney ID 45112*
*529 Reading Avenue*
*West Reading, PA  19611*
*610-372-6400*
*610-372-9483 (fax)*
*no1jtb@aol.com*