United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-12980-pmm

Lidely D. Morel     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Jul 23, 2025     Form ID: 318     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lidely D. Morel, 148 West Greenwich Street, Reading, PA 19601-2744 |
| 14919596 | + | Cavalry SPV I, LLC/Citi Bank/Home Depot, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 14919599 | + | GAP, Barclays Bank, Dept 922, PO Box 4115, Concord, CA 94524-4115 |
| 14919603 | | Parking Authority, PO Box 80239, Indianapolis, IN 46280-0239 |
| 14919604 | + | PennyMac, PO Box 51487, Los Angeles, CA 90051-6314 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 24 2025 00:44:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 24 2025 00:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14919593 | ^ | MEBN | Jul 24 2025 00:30:31 | Acima, 5501 headquarters Dr, Plano, TX 75024-5837 |
| 14919594 | | EDI: WFNNB.COM | Jul 24 2025 04:34:00 | Boscovs/Comenity, PO Box 659622, San Antonio, TX 78265 |
| 14919595 | | EDI: CAPITALONE.COM | Jul 24 2025 04:34:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14957105 | + | EDI: AIS.COM | Jul 24 2025 04:34:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14949323 | + | Email/Text: bankruptcy@cavps.com | Jul 24 2025 00:44:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14919598 | | EDI: DISCOVER | Jul 24 2025 04:34:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14961164 | | EDI: DISCOVER | Jul 24 2025 04:34:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14919600 | | Email/Text: customerservice.us@klarna.com | Jul 24 2025 00:44:00 | Klarna Inc, 629 N. High Steet Suite 300, Columbus, OH 43215 |
| 14919601 | + | EDI: SYNC | Jul 24 2025 04:34:00 | Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14978881 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2025 00:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14919602 | ^ | MEBN | Jul 24 2025 00:30:39 | Old Navy, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14981126 | | EDI: PRA.COM | Jul 24 2025 04:34:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: 318 | Total Noticed: 23 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14919605 | EDI: G2RSPSECU | Jul 24 2025 04:34:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 | |
| 14919606 | + EDI: WTRRNBANK.COM | Jul 24 2025 04:34:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 | |
| 14919609 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 24 2025 00:58:43 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 | |
| 14968900 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 24 2025 00:58:40 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 | |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14919597 | | Childens Place |
| 14919607 | | TD BANK USA |
| 14919608 | | Visions |
| 14919610 | | zzounds |
| 14965109 | *+ | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| JOSEPH T. BAMBRICK, JR. | on behalf of Defendant Manuel M. Morel christine.jtblaw@gmail.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Lidely D. Morel christine.jtblaw@gmail.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jul 23, 2025 | Form ID: 318 | Total Noticed: 23

ROBERT W. SEITZER
    on behalf of Plaintiff CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lidely D. Morel<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0991<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–12980–pmm | |

## Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lidely D. Morel

7/22/25

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**