United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-12980-pmm

Lidely D. Morel  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Jul 24, 2025      Form ID: pdf901      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lidely D. Morel, 148 West Greenwich Street, Reading, PA 19601-2744 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| 14919596 | + | Cavalry SPV I, LLC/Citi Bank/Home Depot, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 14919599 | + | GAP, Barclays Bank, Dept 922, PO Box 4115, Concord, CA 94524-4115 |
| 14919603 | | Parking Authority, PO Box 80239, Indianapolis, IN 46280-0239 |
| 14919604 | + | PennyMac, PO Box 51487, Los Angeles, CA 90051-6314 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14919593 | ^ | MEBN | Jul 25 2025 00:27:00 | Acima, 5501 headquarters Dr, Plano, TX 75024-5837 |
| 14919594 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2025 00:32:00 | Boscovs/Comenity, PO Box 659622, San Antonio, TX 78265 |
| 14919595 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 00:36:54 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14957105 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2025 00:35:35 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14949323 | + | Email/Text: bankruptcy@cavps.com | Jul 25 2025 00:33:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14919598 | | Email/Text: mrdiscen@discover.com | Jul 25 2025 00:32:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14961164 | | Email/Text: mrdiscen@discover.com | Jul 25 2025 00:32:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14919600 | | Email/Text: customerservice.us@klarna.com | Jul 25 2025 00:32:00 | Klarna Inc, 629 N. High Steet Suite 300, Columbus, OH 43215 |
| 14919601 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 00:35:27 | Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14978881 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2025 00:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14919602 | ^ | MEBN | Jul 25 2025 00:27:10 | Old Navy, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14922372 | ^ | MEBN | Jul 25 2025 00:26:51 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14981126 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2025 00:35:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14919605 | | Email/Text: bankruptcynotices@psecu.com | Jul 25 2025 00:33:00 | PSECU, PO Box 67013, Harrisburg, PA |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: pdf901 | Total Noticed: 23 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 17106-7013 |
| 14919606 | + Email/Text: bncmail@w-legal.com | | |
|  |  | Jul 25 2025 00:32:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14919609 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
|  |  | Jul 25 2025 00:35:27 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 14968900 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
|  |  | Jul 25 2025 00:50:38 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14919597 | | Childens Place |
| 14919607 | | TD BANK USA |
| 14919608 | | Visions |
| 14919610 | | zzounds |
| 14965109 | *+ | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| JOSEPH T. BAMBRICK, JR. | on behalf of Defendant Manuel M. Morel christine.jtblaw@gmail.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Lidely D. Morel christine.jtblaw@gmail.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 24, 2025 | Form ID: pdf901 | Total Noticed: 23 |

on behalf of Attorney Karalis PC rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER

on behalf of Plaintiff CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Reading DIVISION

In re: LIDELY D. MOREL           §    Case No. 24-12980-PMM
                                 §
                                 §
                                 §
        Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Christine C. Shubert</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 08/19/2025 in Courtroom 4th Floor Courtroom, United States Bankruptcy Court Courthouse, The Gateway Building, 201 Penn Street, Reading, PA 19601. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>07/23/2025</u>                By: /s/ CHRISTINE C. SHUBERT
                                                            Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 923-7184

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Reading DIVISION**

In re: LIDELY D. MOREL § Case No. 24-12980-PMM
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of: | $ | 45,000.00 |
| and approved disbursements of: | $ | 55.29 |
| leaving a balance on hand of[1]: | $ | 44,944.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 44,944.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine C. Shubert | 5,250.00 | 0.00 | 5,250.00 |
| Trustee, Expenses - Christine C. Shubert | 8.30 | 0.00 | 8.30 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee Fees (Other Firm) - Karalis, PC | 14,484.00 | 0.00 | 14,484.00 |
| Attorney for Trustee Expenses (Other Firm) - Karalis, PC | 173.10 | 0.00 | 173.10 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 20,265.40 |
| Remaining balance: | $ | 24,679.31 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 24,679.31 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 24,679.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $43,167.84 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 5,060.41 | 0.00 | 2,893.07 |
| 2 | Capital One, N.A. by AIS InfoSource LP as agent | 1,998.63 | 0.00 | 1,142.63 |
| 3 | Discover Bank | 2,231.42 | 0.00 | 1,275.72 |
| 4 | PSECU | 10,599.96 | 0.00 | 6,060.06 |
| 5 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 8,631.77 | 0.00 | 4,934.83 |
| 6 | Midland Credit Management, Inc. | 5,163.31 | 0.00 | 2,951.89 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Midland Credit Management, Inc. | 5,033.79 | 0.00 | 2,877.85 |
| 8 | Midland Credit Management, Inc. | 1,885.26 | 0.00 | 1,077.81 |
| 9 | Midland Credit Management, Inc. | 1,102.59 | 0.00 | 630.36 |
| 10 | Portfolio Recovery Associates, LLC | 1,460.70 | 0.00 | 835.09 |

Total to be paid for timely general unsecured claims:  $  24,679.31
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/ CHRISTINE C. SHUBERT
Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 923-7184

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)