United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-12980-pmm

Lidely D. Morel     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: Aug 15, 2025    Form ID: pdf900    Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lidely D. Morel, 148 West Greenwich Street, Reading, PA 19601-2744 |
| aty | + Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Aug 16 2025 00:41:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 16 2025 00:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 15, 2025 | Form ID: pdf900 | Total Noticed: 4 |

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH T. BAMBRICK, JR.
    on behalf of Debtor Lidely D. Morel christine.jtblaw@gmail.com

JOSEPH T. BAMBRICK, JR.
    on behalf of Defendant Manuel M. Morel christine.jtblaw@gmail.com

ROBERT W. SEITZER
    on behalf of Attorney Karalis PC rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
    on behalf of Plaintiff CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

LIDELY MOREL

Debtor(s)

Chapter 7

Case No. 24-12980-PMM

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this 15th day of August 20 25, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $5,250.00 is reasonable compensation for the services in this case by CHRISTINE C. SHUBERT, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $8.30 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

BY THE COURT

*Patricia M. Mayer*

PATRICIA M. MAYER
United States Bankruptcy Judge