United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 24-12980-pmm

Lidely D. Morel                                                                 Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lidely D. Morel, 148 West Greenwich Street, Reading, PA 19601-2744 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Aug 16 2025 00:41:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 16 2025 00:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2025                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |

District/off: 0313-4      User: admin      Page 2 of 2

Date Rcvd: Aug 15, 2025      Form ID: pdf900      Total Noticed: 4

DENISE ELIZABETH CARLON

     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

JOHN HENRY SCHANNE

     on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH T. BAMBRICK, JR.

     on behalf of Debtor Lidely D. Morel christine.jtblaw@gmail.com

JOSEPH T. BAMBRICK, JR.

     on behalf of Defendant Manuel M. Morel christine.jtblaw@gmail.com

ROBERT W. SEITZER

     on behalf of Attorney Karalis PC rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER

     on behalf of Plaintiff CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER

     on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee

     USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

LIDELY MOREL

Debtor

Chapter 7
Bankruptcy No. 24-12980-PMM

ORDER OF DISTRIBUTION

AND NOW, this  15th  day of   August      20 25 , the Trustee, CHRISTINE C.

SHUBERT, is hereby ordered and directed to (i) distribute to the parties in interest listed in the

attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s),

within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United

States Trustee, within one hundred twenty (120) days after the appeal period for this order

expires, statements for all estate deposit or investment accounts indicating zero balances and all

canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final

Report and Account.

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE