IN
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| LIDELY D. MOREL | : | BANKRUPTCY NO. 24-12980 (PMM) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period November 25, 2024 through July 1, 2025 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed the sum of $14,484.00 as reasonable compensation for the services rendered and $173.10 for reimbursement of expenses for a total of $14,657.10.

3. The amount awarded herein is hereby made final.

BY THE COURT:

/s/ Patricia M. Mayer

Dated: 9/5/25

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE