United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12980-pmm |
| Lidely D. Morel | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 05, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lidely D. Morel, 148 West Greenwich Street, Reading, PA 19601-2744 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Lidely D. Morel christine.jtblaw@gmail.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Defendant Manuel M. Morel christine.jtblaw@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 05, 2025 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT W. SEITZER
    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
    on behalf of Attorney Karalis PC rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
    on behalf of Plaintiff CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

IN
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| LIDELY D. MOREL | : | BANKRUPTCY NO. 24-12980 (PMM) |
| | : | |
| Debtor | : | |
| | : | |

### ORDER

AND NOW, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period November 25, 2024 through July 1, 2025 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed the sum of $14,484.00 as reasonable compensation for the services rendered and $173.10 for reimbursement of expenses for a total of $14,657.10.

3. The amount awarded herein is hereby made final.

BY THE COURT:

/s/ Patricia M. Mayer

Dated: 9/5/25

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE